**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CHRISTOPHER JAMES CUMMINGS                                                               PLAINTIFF
ADC #653795

V.                                    NO: 4:16CV00351 SWW/PSH

ANDY SHOCK *et al*                                                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the joint motion to dismiss (Doc. No. 17) is GRANTED, and Cummings's claims against Elkins are DISMISSED WITH PREJUDICE.

DATED this 30th day of November, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE