IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER JAMES CUMMINGS
ADC #653795                                                          PLAINTIFF

V.                      NO: 4:16CV00351 SWW/PSH

ANDY SHOCK, *et al*
                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Cummings' claims against Moss is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of May, 2017.

                                                /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE