IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER JAMES CUMMINGS
ADC #653795                                                                                    PLAINTIFF

V.                                      4:16CV00351 PSH

ANDY SHOCK, *et al*.                                                                          DEFENDANTS

## JUDGMENT

Based on the order entered this date, this case is DISMISSED with prejudice.

Dated this 2nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE